IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | No.  1:07CR10004-001 |
| | ) | |
| WILLIAM DALE HARP | ) | |

**ORDER**

Before the Court is a Motion Requesting an Order of Destruction of Contraband Material filed on behalf of the United States.  (Doc. No. 14).  The government states that the Defendant, William Dale Harp, has plead guilt to an information charging him with one count of possessing child pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1), has been sentenced and has filed no appeal.  The government asks that it be permitted to destroy certain contraband material seized in the above captioned case.  The Defendant has not responded to the motion.  Upon consideration, the Court finds that the motion should be and hereby is **granted**.  According, the Government is hereby permitted to destroy the following items seized in the above captioned case and held by the Arkansas State Police as evidence:

   a.  A Dell Dimension 3000 computer, serial number #BSTKQ51;

   b.  Four, three and one-half inch floppy disks;

   c.  Three boxes of 10, three and one-half inch floppy disks;

   d.  Sixty-nine individual DVDs; and

   e.  Paper documentation depicting computer screen names.

IT IS SO ORDERED, this 20th day of November, 2007.

          /s/Harry F. Barnes
          Hon. Harry F. Barnes
          United States District Judge